# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Gregory J. Smith

                          Plaintiff,

v.                                                  Case No.: 1:23−cv−14676
                                                           Honorable Jeremy C. Daniel

Jorge Torres, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: For the reasons stated in this Order, Defendants Johnathan Landers, the Village of Arlington Heights, and Jorge Torres' motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (R. 8) is granted. Counts I, II and III of the complaint are dismissed. The Court declines to exercise supplemental jurisdiction over the plaintiff's remaining state law claims. Accordingly, Defendant Jacob Juarez's motion to dismiss (R. 15) is denied as moot. Unless the plaintiff files, by February 8, 2024, a proposed amended complaint that states at least one viable federal claim, the Court will enter judgment dismissing his federal claims with prejudice. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.